Richard F. Hernandez, Esq.
818 West Cameron Avenue
West Covina, CA 91790
rfhwc@aol.com
626-962-6791
626-960-5592 fax

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | ) Case No.: 3:14-cr-00761-L-GT |
| Plaintiff, | ) MOTION FOR SUBSTITUTION OF ATTORNEY |
| vs. | ) |
| Carlos Jose Martinez, | ) |
| Defendant | ) |

On behalf of above named Defendant, the law offices of Richard F. Hernandez respectfully request that he be substituted as attorney of record for the above captioned case.

Dated this 21st of April, 2014

_____
Richard F. Hernandez

MOTION FOR SUBSTITUTION OF ATTORNEY - 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of California

USA

Plaintiff (s),

V.

Carlos Jose Martinez

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cr-00761-L-GT

Notice is hereby given that, subject to approval by the court, Carlos Jose Martinez substitutes
(Party (s) Name)

Richard F. Hernandez , State Bar No. 76756 as counsel of record in
(Name of New Attorney)

place of Matthew Prichard, PD
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Richard Hernandez
Address: 818 W. Cameron Ave, West Covina, CA 91790
Telephone: (626) 962-6791     Facsimile (626) 960-5592
E-Mail (Optional): rfhwc@aol.com

I consent to the above substitution.
Date: 4/21/2014

(Signature of Party (s))

I consent to being substituted.
Date: 4/21/14

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/21/2014

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/23/14

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]